**JOSEPH E. BARRETT COMPANY v. TROLLEY CONVEYORS DEVELOPMENT FOUNDATION, Inc.**

No. 7311.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1936.

Barthel, Flanders & Barthel, of Detroit, Mich., for appellant.

Bodman, Longley, Bogle, Middleton & Farley, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed on motion of appellee.